# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 21, 2022

## NO. 03-20-00078-CR

**Jose Rodriguez-Navarette, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. However, there was error in the judgments that requires correction. Therefore, the Court modifies the trial court's judgments to reflect that the sentences shall run concurrently, in accordance with the pronouncement of the trial court. The Court affirms the trial court's judgments of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.